IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. A-12-CV-0862-LY |
| SENEN POUSA, INVESTMENT INTELLIGENCE CORPORATION, *DBA* PROPHETMAX MANAGED FX, JOEL FRIANT, MICHAEL DILLARD, and ELEVATION GROUP, INC., | § § § § § § | |
| *Defendants*. | § § | |

**ORDER GRANTING RECEIVER'S UNOPPOSED**
**MOTION FOR APPROVAL OF FIRST INTERIM FEE APPLICATION**

Before the Court is the Receiver's Unopposed Motion for Approval of First Interim Fee Application and Brief in Support ("Motion"). Having considered the Motion, the evidence presented, and arguments of counsel, if any, the Court finds that the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court concludes that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that payment in the amount of $_____ for services rendered from September 18, 2012 through September 30, 2012 is approved.

SIGNED this _____ day of _____, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE