FILED

NOV 1 5 2012

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                        DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES COMMODITY §
FUTURES TRADING COMMISSION, §
                              §
        *Plaintiff,*          §
                              §
v.                            §        Civil Action No. A-12-CV-0862-LY
                              §
SENEN POUSA, INVESTMENT       §
INTELLIGENCE CORPORATION,     §
*DBA* PROPHETMAX MANAGED FX,  §
JOEL FRIANT, MICHAEL DILLARD, and §
ELEVATION GROUP, INC.,        §
                              §
        *Defendants.*         §

**ORDER GRANTING RECEIVER'S UNOPPOSED
MOTION FOR APPROVAL OF FIRST INTERIM FEE APPLICATION**

Before the Court is the Receiver's Unopposed Motion for Approval of First Interim Fee

Application and Brief in Support ("Motion").  Having considered the Motion, the evidence

presented, and arguments of counsel, if any, the Court finds that the time spent, services

performed, hourly rates charged, and expenses incurred by the Receiver and his retained

professionals were reasonable and necessary for the Receiver to perform his Court-ordered

duties.  The Court concludes that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that payment in the amount of $ 98,256.39 for *and expenses incurred*

services rendered from September 18, 2012 through September 30, 2012 is approved.

SIGNED this 15th day of November, 2012.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE