IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>    *Plaintiff*,<br><br>v.<br><br>SENEN POUSA, INVESTMENT INTELLIGENCE CORPORATION, *DBA* PROPHETMAX MANAGED FX, JOEL FRIANT, MICHAEL DILLARD, and ELEVATION GROUP, INC.,<br><br>    *Defendants*. | Civil Action No. A-12-CV-0862-LY |

### ORDER GRANTING RECEIVER'S UNOPPOSED MOTION FOR APPROVAL OF FOURTH INTERIM FEE APPLICATION

Before the Court is the Receiver's Unopposed Motion for Approval of Fourth Interim Fee Application and Brief in Support ("Motion"). Having considered the Motion, the evidence presented, and arguments of counsel, if any, the Court finds that the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court concludes that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that payment in the amount of $109,676.06 for services rendered by the Receiver from April 1, 2013 through March 31, 2014 is approved.

It is further ORDERED that payment in the amount of $121,911.64 for services rendered and expenses incurred by Hohmann, Taube & Summers, L.L.P. from April 1, 2013 through March 31, 2014 is approved.

SIGNED this _____ day of _____, 2014.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE