IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. A-12-CV-0862-LY |
| SENEN POUSA, INVESTMENT INTELLIGENCE CORPORATION, *DBA* PROPHETMAX MANAGED FX, JOEL FRIANT, MICHAEL DILLARD, and ELEVATION GROUP, INC., | § § § § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING RECEIVER'S UNOPPOSED**
**MOTION FOR JOINT ADMINISTRATION OF RECEIVERSHIP ASSETS AND**
**APPROVAL OF SEVENTH FEE APPLICATION**

Before the Court is the Receiver's Unopposed Motion for Joint Administration of Receivership Assets and Approval of Seventh Fee Application and Brief in Support ("Motion"). Having considered the Motion, the evidence presented, and arguments of counsel, if any, the Court finds that the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court further finds that the ProphetMax Receivership Estate and related IB Capital Receivership Estate should be jointly administered. The Court concludes that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that payment for interim fees and expenses of $29,552.77 to the Receiver, interim fees and expenses of $17,503.56 to the law firm of Hohmann, Brophy & Shelton, PLLC and interim fees and expenses of $20,468.95 to the law firm of Eversheds B.V. for services

rendered to the ProphetMax Receivership Estate and IB Capital Receivership Estate during the Seventh Fee Period is approved.

SIGNED this _____ day of _____, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE