IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § | Civil Action No. A-12-CV-0862-LY |
| SENEN POUSA, INVESTMENT INTELLIGENCE CORPORATION, *DBA* PROPHETMAX MANAGED FX, JOEL FRIANT, MICHAEL DILLARD, and ELEVATION GROUP, INC., | § § § § § § § | |
| *Defendants*. | § | |

**ORDER GRANTING RECEIVER'S UNOPPOSED**
**MOTION APPROVAL OF EIGHTH FEE APPLICATION**

Before the Court is the Receiver's Unopposed Motion for Approval of Eighth Fee Application and Brief in Support ("Motion"). Having considered the Motion, the evidence presented, and arguments of counsel, if any, the Court finds that the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court concludes that the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that payment for interim fees and expenses of $25,327.53 to the Receiver, and interim fees and expenses of $7014.18 to the law firm of Hohmann, Brophy & Shelton, PLLC and interim fees and expenses of $10,038.88 to the law firm of Van Oosten Advocaten for services rendered to the ProphetMax Receivership Estate and IB Capital Receivership Estate during the Eighth Fee Period is approved.

SIGNED this _____ day of _____, 2018.

 

LEE YEAKEL
UNITED STATES DISTRICT JUDGE