IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. A-12-CV-0862-LY |
| SENEN POUSA, INVESTMENT INTELLIGENCE CORPORATION, *DBA* PROPHETMAX MANAGED FX, JOEL FRIANT, MICHAEL DILLARD, and ELEVATION GROUP, INC., | § § § § § § § | |
| *Defendants*. | § | |

**AMENDED PROPOSED ORDER GRANTING RECEIVER'S MOTION FOR APPROVAL OF TWELFTH APPLICATION**

Before the Court is the Receiver's Amended Motion for Approval of Twelfth Fee Application and Brief in Support ("Motion"), covering the twenty-two (22) month time period from March 1, 2020, through December 31, 2021. Having considered the Motion, the evidence presented, and arguments of counsel, if any, the Court finds the time spent, services performed, hourly rates charged, and expenses incurred by the Receiver and his retained professionals were reasonable and necessary for the Receiver to perform his Court-ordered duties. The Court concludes the Motion should be, and is hereby, GRANTED.

It is therefore ORDERED that payment for interim fees and expenses of $389,911.48 to the Receiver for services rendered to the ProphetMax Receivership Estate and IB Capital Receivership Estate during the Twelfth Fee Period is approved.

SIGNED this _____ day of _____, 2022.

_____

                                                      LEE YEAKEL
                                                      UNITED STATES DISTRICT JUDGE